**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00466-CV

## IN RE ALLIANCE ROYALTIES, INC., AND ALLIANCE ROYALTIES, LLC, Relators

**Original Proceeding from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-14-02930-E**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's Motion to Stay Enforcement of Final Judgment. We **ORDER**

relator to bear the costs of this original proceeding.

/s/    MOLLY FRANCIS
        JUSTICE